AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



APR 1 5 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:19SW141
iPhone 6s Plus, Model Number A1687: a laptop computer, MacBook Air, )
Model Number A1466, Serial Number C1MVT06FJ1WM; AND Jeep )
Wrangler, 2014, 4-door, grey, VA License Plate OR&BLU, currently in the )
custody of the Federal Bureau of Investigation )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Affidavit and Attachment A, incorporated fully herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Affidavit and Attachment B, incorporated fully herein

**YOU ARE COMMANDED** to execute this warrant on or before   April 26, 2019   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 12 2019 / 4:45 pm        /S/ David J. Novak
                                                        United States Magistrate Judge
                                                        *Judge's signature*

City and state:     Richmond, Virginia                  David J. Novak, United States Magistrate Judge
                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:19SW141 | Date and time warrant executed: 4-11-19 | Copy of warrant and inventory left with: Victor Olesen |
|---|---|---|

Inventory made in the presence of: Kathryn Weber

Inventory of the property taken and name of any person(s) seized:

(1) One iPhone 6s Plus, Model Number A1687

(2) One laptop computer, MacBook Air, Model Number A1466, Serial Number C1MVT06FJ1WM

(3) One 2014 Jeep Wrangler, Virginia tag OR8BLU

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/15/2019

*Executing officer's signature*

Johnny Lavender - Special Agent
*Printed name and title*